**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DRAPER FRANK WOODYARD,** **#183250,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   CIV. ACT. NO. 1:24-cv-234-TFM-N |
| **BALDWIN COUNTY SHERIFF'S DEPARTMENT,** *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 27th day of December, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE